61 A.3d 187

ARMSTRONG DIGITAL SERVICES, INC., Appellant

v.

COMMONWEALTH of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Jan. 22, 2013.

## ORDER

PER CURIAM.

AND NOW, this 22nd day of January, 2013, the Orders of the Commonwealth Court are **AFFIRMED.** *See Stanton v. Department of Transportation, Bureau of Driver Licensing,* 154 Pa.Cmwlth. 350, 623 A.2d 925, 927 (1993) ("[I]f an attorney entrusts the responsibilities of preparing and filing legal papers with his staff, the attorney has a continuing responsibility to see that these duties are properly and timely performed[.]").